UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GODFREY CADOGAN,

    Petitioner,

v.                                          Case No. 08-13456
                                                   Honorable Patrick J. Duggan

MILLICENT WARREN,

    Respondent.
_____/

## ORDER GRANTING RESPONDENT TIME TO FILE AMENDED ANSWER IN RESPONSE TO PETITIONER'S AMENDED PETITION

On August 11, 2008, Petitioner, a Michigan prisoner, filed a *pro se* application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed an answer to the petition on September 15, 2009, arguing in part that some of the claims alleged in the petition were not exhausted and that the entire petition therefore should be dismissed with prejudice. Agreeing with Respondent, this Court dismissed the petition without prejudice on November 19, 2009. Petitioner thereafter moved to amend the petition to assert only his exhausted claims, which this Court granted Petitioner permission to do in an Opinion and Order issued on January 13, 2010. Petitioner filed an amended petition on February 8, 2010.

The purpose of this Order is to inform the parties that, although Respondent addressed Petitioner's exhausted claim in its initial answer, it may file an amended answer to address Petitioner's amended petition. Any amended answer shall be filed within forty-five (45) days of this Order.

**SO ORDERED**,

DATE: February 12, 2010

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Godfrey Cadogan
3401-B NW 72nd Avenue
Suite #T-419
Miami, FL 33122

Debra Gagliardi, Esq.