UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GODFREY CADOGAN,

       Petitioner,

                                                  Case No. 08-13456
v.                                              Honorable Patrick J. Duggan

MILLICENT WARREN,

       Respondent.

_____/

## JUDGMENT

On August 11, 2008, Petitioner filed an application for the writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his convictions in 1995 for third degree criminal sexual conduct and assault and battery. In an Opinion and Order entered on this date, the Court denied Petitioner's application.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for the writ of habeas corpus is **DISMISSED WITH PREJUDICE** and Petitioner is denied a certificate of appealability.

Date:  October 25, 2011                s/PATRICK J. DUGGAN
                                                   UNITED STATES DISTRICT JUDGE

Copies to:
Godfrey Cadogan
3401-B NW 72nd Avenue
Suite #T-419
Miami, FL 33122
AAG David H. Goodkin
Magistrate Judge Paul J. Komives