UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GODFREY CADOGAN,

        Petitioner,

v.

        Case No. 08-13456
        Honorable Patrick J. Duggan

MILLICENT WARREN,

        Respondent.
_____/

## JUDGMENT

On August 11, 2008, Petitioner filed an application for the writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his convictions in 1995 for third degree criminal sexual conduct and assault and battery. In an Opinion and Order entered on this date, the Court denied Petitioner's application.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for the writ of habeas corpus is **DISMISSED WITH PREJUDICE** and Petitioner is denied a certificate of appealability.

Date: October 25, 2011        s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE

Copies to:
Godfrey Cadogan
3401-B NW 72nd Avenue
Suite #T-419
Miami, FL 33122
AAG David H. Goodkin
Magistrate Judge Paul J. Komives